

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GASANA HATEGEKIMANA,<br>  *Plaintiff/Judgment Creditor*,<br>v.<br>LYA SERVICES, INC. and DILSHODBEK ABDUKARIMOV,<br>  *Defendants/Judgment Debtors*. | Case No. 24-CV-255<br><br>Judge John F. Kness |

**NOTICE OF CITATION TO DISCOVER ASSETS**

TO:  **DILSHODBEK ABDUKARIMOV**    **DILSHODBEK ABDUKARIMOV**
   **3130 N LAKE SHORE DR APT 1504**   **1144 Regency Drive**
   **CHICAGO, IL 60657-4921**      **Schaumburg, IL 60193**

  **PLEASE TAKE NOTICE** that the undersigned will appear for hearing regarding the annexed citation to discover assets before the Honorable Judge F. Kness on October 30, 2024, at 9 A.M. in the United States District Court, Room 2125, 219 South Dearborn Street, Chicago, Illinois.

**JUDGMENT DEBTOR**
**Name:**     **DILSHODBEK ABDUKARIMOV**
**Address:**    **3130 N LAKE SHORE DR APT 1504**
**City/State/Zip:**  **Chicago, IL 60657-4921**
**Phone:**

**Name:**     **DILSHODBEK ABDUKARIMOV**
**Address:**    **1144 Regency Drive**
**City/State/Zip:**  **Schaumburg, IL 60193**
**Phone:**

**JUDGMENT CREDITOR/CREDITOR'S ATTORNEY**
**Name:**     **GASANA HATEGEKIMANA**
      **C/O John Tasch, CTM Legal Group, LLC**
**Address:**    **77 W. Washington St., Ste. 2120**
**City/State/Zip:**  **Chicago, IL 60602**
**Phone:**    **312-818-6700**

A judgment in favor of GASANA HATEGEKIMANA and against LYA SERVICES, INC. and DILSHODBEK ABDUKARIMOV was entered on June 21, 2024 in the amount of $23,197.07 and $23,197.07 plus post-judgment interest, costs and fees remains unsatisfied.

**Name of person to receive Citation: DILSHODBEK ABDUKARIMOV**

**NOTICE: The court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor and in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.**

**The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.**

    **(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.**
    **(2) Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.**
    **(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.**
    **(4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.**
    **(5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.**
   **The judgment debtor may have other possible exemptions under the law.**

**THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, Chicago, Illinois. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first-class mail.**

By: */s/ John Tasch*

John Tasch
Attorney for Plaintiff
CTM LEGAL GROUP
77 W. Washington, Ste. 2120
Chicago, Illinois 60602
Phone: (312) 818-6700
Fax: (312) 492-4804
jtasch@ctmlegalgroup.com
IL ARDC: 6346530

## **CERTIFICATE OF SERVICE**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/109), the undersigned certifies that he mailed by regular first-class mail a copy of this citation notice and the citation to defendant at the address shown above upon filing of the citation.

*/s/ John Tasch*